UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STACY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>POWERSCOUT, INC,<br><br>            Defendant. | Case No.:  16-cv-2878-CAB-(KSC)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 4]** |

On November 29, 2016, Plaintiff filed a notice of voluntary dismissal and requested the Court dismiss the above entitled action without prejudice as to the named Plaintiff and the putative class.  [Doc. No. 4.]  As no answer had been filed and no class has been certified, the Court **GRANTS** the motion.  Accordingly, this Court **DISMISSES WITHOUT PREJUDICE** all claims in this action.  The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated:  November 30, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge